**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6246

_____

JOE LEE FULGHAM,

            Plaintiff - Appellant,

        v.

UNKNOWN,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:20-cv-00637-AWA-RJK)

_____

Submitted:  July 13, 2022                          Decided:  July 26, 2022

_____

Before NIEMEYER, WYNN, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joe Lee Fulgham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulgham v. Unknown*, No. 2:20-cv-00637-AWA-RJK (E.D. Va. Feb. 18, 2022). We deny Fulgham's motion to appoint/assign counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*